# United States Court of Appeals
## For the First Circuit

No. 22-1918

UNITED STATES,

Appellee,

v.

ALEJANDRO CORTÉS-LÓPEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on May 10, 2024, is amended as follows:

On page 12, line 16, replace "them" with "it"

On page 24, note 8, replace "departure" with "variance"